## FARMERS ROYALTY HOLDING CO. et al., Appellants, v. J. W. ASHMORE and Izoria Ashmore, Appellees.

### No. 2930.

Court of Civil Appeals of Texas. Beaumont.

May 1, 1936.

Rehearing Denied May 20, 1936.

Dudley, Hyde, Duvall & Dudley, of Oklahoma City, Okl., J. W. Young, of Crockett, and C. L. Orn, of Fort Worth, for appellants.

Aldrich & Crook, of Crockett, for appellees.

WALKER, Chief Justice.

This is a companion case with cause No. 2929, Farmers Royalty Holding Co. et al. v. T. F. Alderman et ux. (Tex.Civ.App.) 94 S.W.(2d) 261; in this case, appellees, J. W. Ashmore and wife, were plaintiffs below, and the same parties who were defendants below are appellants here, as in cause No. 2929.

The pleadings of the parties in this case are identical with the pleadings of the parties in cause No. 2929. The lower court rendered the same judgment in favor of appellees, and filed the same conclu-

sions of fact and law as in cause No. 2929.

For the reasons therein stated, appellants' propositions attacking appellees' judgment are overruled, and the judgment of the lower court is in all things affirmed.

Affirmed.